IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  96-cv-0079-ZLW

JOHN G. WESTINE,

     Petitioner,

v.

W.A. PERRILL, and
UNITED STATES OF AMERICA,

     Respondents.
_____

ORDER
_____

     It is ORDERED that Petitioner's Motion To Reopen Via Federal Rule Civil Procedure 60(b) . . .  (Doc. No. 32) and Petitioner's Motion To Re-Open Via Federal Rule Civil Procedure 60(b)(4) . . . (Doc. No. 33) are denied.

     DATED at Denver, Colorado, this   10   day of May, 2006.

                                    BY THE COURT:

                                    *[signature]*
                                ZITA L. WEINSHIENK, Senior Judge
                                United States District Court